ACCEPTED
05-14-00714-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/8/2015 3:26:59 PM
LISA MATZ
CLERK

In the Court of Appeals for the
Fifth District of Texas at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/8/2015 3:26:59 PM
LISA MATZ
Clerk

**Michael Dan Allen Johnson,**       §
    Appellant                                §
                       §     **Nos. 05-14-00713-CR**
    v.                                        §           **05-14-00714-CR**
                       §           **05-14-00715-CR**
**The State of Texas,**              §
    Appellee                                 §

## State's Motion to Set and Extend Appellate Deadlines

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and requests that the Court set and extend the State's deadline for filing its brief in the above cases until **August 5, 2015**. In support of this motion, the State would show the following:

I.

In a trial before the court, Appellant was convicted of

Aggravated Kidnapping
05-14-00713-CR / 366-81546-2013

Possession/Promotion of Child Pornography
05-14-00714-CR / 366-81547-2013

Aggravated Sexual Assault of a Child
05-14-00715-CR / 366-81548-2013

1

## II.

On June 1, 2015, Appellant's counsel filed a brief that listed all of the above appellate numbers. On June 5, 2015, this Court issued an order stating that the brief only applied to cause number 05-14-00713-CR and that Appellant was "effectively without a brief in cause number 05-14-00714-CR and 05-14-00715-CR." As to these latter two cause numbers, the Court ordered Appellant's counsel to file, within thirty days, a motion to dismiss the appeals, a brief raising issues on the merits, or *Anders* motions.

In the meantime, the State's brief in appellate number 05-14-00713-CR was due to be filed on July 1, 2015. On that day, counsel for the State filed an extension motion requesting a thirty-day extension of time to file its brief on or before July 31, 2105, which this Court granted.

On July 6, 2015, Appellant's counsel filed separate briefs in each of the three cases above, consisting of new briefs on the merits in appellate numbers 05-14-00714-CR and 05-14-00715-CR, and an amended brief in appellate number 05-14-00713-CR, which included a new point of error.

To date, the Court's website reflects that the State's briefs in appellate numbers 05-14-00714-CR and 05-14-00715-CR were due July 1, 2015, and that the State's brief in appellate number 05-14-00713-CR is due July 31, 2015.

## III.

All three of Appellant's cases were part of the same criminal episode, and the State prosecuted all three cases in a single trial before the court. One of Appellant's issues is the same in all three briefs. The State wishes to address all of Appellant's claims in one brief and respectfully requests that the State's due dates in all three cases be the same. Because Appellant's counsel filed two new briefs and one amended brief on July 6, 2015, the State requests that its due dates in all three cases be extended to thirty days after Appellant's counsel's most recent filings, until **August 5, 2015**.

## IV.

WHEREFORE, premises considered, the State respectfully requests that the Court grant the State's motion to set and extend the appellate deadlines in the above cases until **August 5, 2015**.

Respectfully submitted,

**Greg Willis**
Criminal District Attorney
Collin County, Texas

**John R. Rolater, Jr.**
Chief of the Appellate Division
Asst. District Attorney

/s/ Libby J. Lange
**Libby J. Lange**

3

Asst. District Attorney
State Bar No. 11910100
2100 Bloomdale Rd., Suite 200
McKinney, Texas 75071
(972) 548-4373
FAX (214) 491-4860

## Certificate Of Conference

Opposing counsel has no opposition to the State having until August 5, 2015, to file its briefs in these three cases.

/s/ Libby J. Lange
Libby J. Lange

## Certificate of Service

The State has e-served counsel for Appellant, Hannah Stroud, and sent a courtesy copy of the State's Motion to Set and Extend Appellate Deadlines to hstroud@philipsandepperson.com on this the 8th day of July, 2015.

/s/ Libby J. Lange
Libby J. Lange